

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

NO. PD-0444-14
NO. PD-0445-14

**ANTHONY ALAMIA, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FIFTH COURT OF APPEALS
## COLLIN COUNTY

**PER CURIAM. YEARY, J., filed a dissenting opinion.**

## O P I N I O N

Appellant was convicted in two cases of online solicitation of a minor under Section

33.021(b) of the Texas Penal Code. The court of appeals affirmed the convictions. *Alamia*

*v. State*, Nos. 05-12-00992-CR, 05-12-00993-CR, 2014 WL 474632 (Tex. App. — Dallas

Feb. 5, 2014) (not designated for publication). Appellant has filed petitions for discretionary

review contending the court of appeals erred in upholding the constitutionality of the online

solicitation statute.

In *Ex parte Lo*, this Court held Section 33.021(b) to be unconstitutional on its face, reversed the decision of the court of appeals, and remanded the case to the trial court to dismiss the indictment.  424 S.W.3d 10 (Tex. Crim. App. 2013).  Accordingly, we grant appellant's petitions for discretionary review, vacate the judgments of the court of appeals, and order the trial court to dismiss the indictments.  *See Ex parte Chance*, 439 S.W.3d 918 (Tex. Crim. App. 2014).

Delivered: December 16, 2015
Do not publish